IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN MICHAEL CAREY,

    Plaintiff,　　　　　　　　No. CIV S-05-0003 FCD CMK

  vs.

CHRIS ANDREWS, et al.,

    Defendants.　　　　　　　　<u>ORDER</u>

                    /

 Plaintiff proceeding pro se seeks relief pursuant to 42 U.S.C. § 1983. On May 6, 2005, plaintiff filed a document entitled a "Motion for Consideration for Summary Judgment." In his motion, plaintiff argues that summary judgment should be granted in his favor because the defendants filed a motion to dismiss instead of an answer to his complaint. As a result, this court will construe plaintiffs motion for summary judgment as an improper motion for default judgment. (<u>See</u> Fed. R. Civ. P. Rule 55) The plaintiff fails to realize that the Federal Rules of Civil Procedure require the defendants to file their motion to dismiss before any further

///

///

///

1

1  pleadings, including the answer.  See Fed. R. Civ. P. 12(b)(6).   Therefore, the court will strike
2  plaintiff's May 6, 2005 motion for summary judgment in its entirety.  See Fed. R. Civ. P. 12(f).
3     In accordance with the above, IT IS HEREBY ORDERED that:
4     1.  Plaintiff's motion entitled a "Motion for Consideration for Summary
5  Judgment" filed May 6, 2005, is denied without prejudice;
6     2.  The motion hearing set for June 14, 2005, is vacated; and
7     3. The Scheduling Conference currently set for June 22, 2005, is continued to
8  September 20, 2005, at 10:00 a.m., before the undersigned at the United States District Court
9  located at 2986 Bechelli Lane, Redding, California.
10 DATED:  May 10, 2005.

           *(signature)*
           **CRAIG M. KELLISON**
           UNITED STATES MAGISTRATE JUDGE