IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN MICHAEL CAREY,

    Plaintiff,                    No. CIV S-05-0003 FCD CMK

    vs.

CHRIS ANDREWS, et al.,

    Defendants.             <u>ORDER</u>

        Plaintiff is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On May 20, 2005, the magistrate judge filed findings and recommendations herein, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. On May 25, 2005, plaintiff filed objections to the findings and recommendations. Although untimely, the undersigned has considered the plaintiff's objections and determined there is no need to modify the findings and recommendations based on the points raised in plaintiff's objections.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire

1  file, the court finds the findings and recommendations to be supported by the record and by
2  proper analysis.
3              Accordingly, IT IS HEREBY ORDERED that:
4              1.  The findings and recommendations filed May 20, 2005, are adopted in full; and
5              2.  This action is dismissed.
6  DATED: June 23, 2005

                                        /s/ Frank C. Damrell Jr.
                                        FRANK C. DAMRELL JR.
                                        United States District Judge